In the Matter of the Claim of FRANCES LA FOUNTAIN, against JOSEPH LA FOUNTAIN, SR., et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

Argued November 14, 1940; decided December 3, 1940.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Isaac Frank* of counsel), for State Industrial Board, appellant.

*Edward A. Wolff* for claimant.

*M. James Conboy, J. S. Carter* and *S. B. Coulter* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, SEARS and CONWAY, JJ. Dissenting: LOUGHRAN, RIPPEY and LEWIS, JJ.